IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC C. WILSON,

        Petitioner,

v.                                  Civil Action No. 3:10CV536

W. STEVEN FLAHERTY,

        Respondent.

ORDER

There appearing a need to reassign this matter because the presiding judge has died, it is hereby ORDERED that the Clerk shall reassign this matter and the two related matters, Civil Action No. 3:09CV769 and Civil Action No. 3:10CV505 to the same United States District Judge, in accordance with the standard reassignment procedures.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/      REP

Richmond, VA
Date: MAR 14 2011

Robert E. Payne
Senior United States District Judge