IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC C. WILSON,

    Petitioner,

v.                                                               Civil Action No. **3:10CV536**

W. STEVEN FLAHERTY,

    Respondent.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1.     Respondent's objection to Wilson's motion to stay and abey is SUSTAINED.

2.     Wilson's motion to stay and abey (Docket No. 2) is DENIED WITHOUT PREJUDICE.

3.     Wilson's petition for a writ of habeas corpus (Docket No. 1) is DENIED WITHOUT PREJUDICE.

4.     A certificate of appealability is GRANTED.

5.     The action is DISMISSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to counsel of record for Wilson and Respondent, and to the Clerk of Court for the United States Court of Appeals for the Fourth Circuit.

It is SO ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 6/20/11
Richmond, Virginia