**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

**ERIC C. WILSON,**

*Petitioner,*

**v.** **Civil Action No. 3:10CV536**

**W. STEVEN FLAHERTY,**
Superintendent, Va. Dept. of State Police

*Respondent.*

---

**NOTICE OF APPEAL**

Notice is hereby given that Eric C. Wilson, petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final order entered in this action on June 20, 2011 (docket no. 8). That order denied without prejudice Mr. Wilson's petition for habeas corpus, dismissed this action, and granted a certificate of appealability as stated in the memorandum opinion of the same date. *See* docket no. 7 at 9 ("the Court will GRANT a COA. The COA will be granted as to the specific issue regarding whether Wilson is considered 'in custody' such that the relief afforded by habeas corpus is available to him").

No transcript exists in this action, and thus no transcript is necessary or will be ordered.

The $455.00 docketing and filing fee is being submitted by separate cover on this date.

Dated: July 14, 2011

Respectfully submitted,

ERIC C. WILSON

By: /s/- Stephen Northup

Anthony F. Troy (VSB No. 05985)
Anthony.Troy@troutmansanders.com
Stephen A. Northup (VSB No. 16547)
Steve.Northup@troutmansanders.com
Joshua D. Heslinga (VSB No. 73036)
Joshua.Heslinga@troutmansanders.com
TROUTMAN SANDERS LLP
P. O. Box 1122
1001 Haxall Point
Richmond, Va. 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 698-5120
*Counsel for Petitioner Eric C. Wilson*

**Certificate of Service**

I hereby certify that the foregoing is being filed with the Clerk of Court on July 14, 2011, using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Virginia B. Theisen
Senior Assistant Attorney General
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
vtheisen@oag.state.va.us
*Counsel for Respondent*

By: /s/

Stephen A. Northup (VSB No. 16547)
Steve.Northup@troutmansanders.com
TROUTMAN SANDERS LLP
P. O. Box 1122
1001 Haxall Point
Richmond, Va. 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 698-5120
*Counsel for Petitioner Eric C. Wilson*

2068068v1